```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FENG CHEN and YUZHU HU,                                                :
                                                                       :
                                  Petitioners,                         :
                                                                       :            20-CV-9070 (JPC)
          -v-                                                          :
                                                                       :                 ORDER
CHAD WOLF et al.,                                                      :
                                                                       :
                                  Respondents.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Petitioners filed this Petition for the Writ of Mandamus ("Petition") on October 29, 2020. (Dkt. 1). To date, Respondents have not appeared in this action and the docket does not reflect whether Respondents have been served with the Petition. Petitioners are hereby ORDERED to submit a letter by no later than January 20, 2021, explaining the status of service on Respondents.

      The Initial Pretrial Conference scheduled for January 14, 2021, at 10:00 a.m. is hereby adjourned *sine die*.

      SO ORDERED.

Dated: January 7, 2021  
      New York, New York  
                                                        JOHN P. CRONAN  
                                                      United States District Judge